# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

VINCENT JOHNSON (#106229)

VERSUS

RONALD JOHNSON, ET AL.

CIVIL ACTION

24-78-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated May 24, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Vincent Johnson's federal claims are DISMISSED WITH PREJUDICE as legally frivolous and or failure to state a claim pursuant to 28 U.S.C. § 1915A. The Court declines to exercise supplemental jurisdiction over potential state law claims, and this case shall be CLOSED. All pending motions referenced in the *Report and Recommendation* are DENIED.

Signed in Baton Rouge, Louisiana, on this 25 day of June, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 15.